JS-6

1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,          NO. 5:21-cv-01726-JGB-SP

11          Plaintiff,

12                                   DEFAULT JUDGMENT OF
                                     FORFEITURE
             v.

13                                   DATE:        March 7, 2022
$49,900.00 IN U.S. CURRENCY,         TIME:        9:00 a.m.

14                                   ROOM:        1
          Defendant.

15                                   Before the Honorable Jesus G. Bernal
                                     United States District Judge
16

17
        On October 12, 2021, the government filed a Verified Complaint

18  for Forfeiture as to the defendant, $49,900.00 in U.S. Currency

19  ("defendant"), pursuant to 18 U.S.C. § 1594(e)(1)(A).  A Default by

20  Clerk was entered on January 19, 2022, against the interests of

21  Jordan Nelms, Lost Ocean Financial, and all other potential

22  claimants.  The Court having been duly advised of and having

23  considered the matter,

24       IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

25       1.   This Court has jurisdiction over the subject matter of this

26  action and over the parties.

27       2.   The Complaint for Forfeiture states a claim for relief

28  pursuant to 21 U.S.C. § 881(a)(6).

3.    Notice of this action has been given in the manner required by law.  No Claim or Answer was filed in this action by any claimant. The Court deems that all potential claimants, including Jordan Nelms and Lost Ocean Financial admit the allegations of the Complaint for Forfeiture to be true.

4.    A default judgment shall be and hereby is entered against the interests of all potential claimants, including Jordan Nelms and Lost Ocean Financial, in the defendant.

5.    The defendant shall be and hereby are forfeited to the United States of America, which shall dispose of the defendant in the manner required by law.

6.    The Court finds there was reasonable cause for the seizure of defendant, and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

DATED:  __March 3_____, 2022

THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2